UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SHELLOCK, | No. C 12-5121 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| M. D. BITER, warden, | |
| Respondent. | |

Respondent has filed a motion to dismiss the petition for writ of habeas corpus on the ground that it is time-barred. Petitioner has filed an opposition to the motion, and attached to his opposition a declaration of attorney Tutti Hacking. The declaration is unsigned, however, and cannot be considered as evidence in its present form. If petitioner wants the court to consider the declaration, he must file and serve a signed copy of it within **thirty days** of the date of this order. Respondent may file any reply in support of his motion to dismiss within **fifteen days** of the filing of the signed copy of the declaration.

IT IS SO ORDERED.

DATED: June 13, 2013

_____
SUSAN ILLSTON
United States District Judge