United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SHELLOCK,<br><br>    Petitioner,<br><br>    v.<br><br>M. D. BITER, Warden,<br><br>    Respondent.<br>                                 / | No. C 12-5121 SI (pr)<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

Petitioner has requested that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The request for appointment of counsel is DENIED. (Docket # 11.) Petitioner is cautioned that he must mail to respondent's counsel a copy of every document he sends to the court.

IT IS SO ORDERED.

DATED: August 26, 2013

                                                                      _____
                                                                      SUSAN ILLSTON
                                                     United States District Judge