United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SHELLOCK, | No. C 12-5121 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| M. D. BITER, Warden, | |
| Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Aileen Bunney, the court GRANTS respondent's request. (Docket # 13.) Respondent must file and serve his response to the petition no later than **December 6, 2013**. Petitioner must file and serve his traverse no later than **January 10, 2014.**

IT IS SO ORDERED.

DATED: October 7, 2013

_____
SUSAN ILLSTON
United States District Judge