United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENESIS SHELLOCK,

    Petitioner,

    v.

M. D. BITER, Warden,

    Respondent.
                                   /

No. C 12-5121 SI (pr)

**ORDER OF DISMISSAL**

       Mail that was sent from the court on October 7, 2013 to petitioner at the most recent address he provided was returned to the court undelivered on December 24, 2013, marked "return to sender" and "unable to forward." *See* Docket # 16. Petitioner has not filed anything with the court since the undeliverable mail was returned to the court. More than sixty days have passed since the mail was returned to the court undelivered. Petitioner has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because petitioner failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

In a status report, respondent stated that petitioner had been resentenced and was no longer in prison, although he was still on parole. Respondent provided two possible new addresses for petitioner. The clerk shall mail a copy of this order and the accompanying judgment to petitioner at the following two addresses: (1) 507 Burnett Avenue, San Francisco, CA 94131; and (2) 1112 Larkin Street, San Francisco, CA 94109. If petitioner wishes to pursue this action, he must promptly file a request to reopen this action.

IT IS SO ORDERED.

DATED: April 4, 2014

SUSAN ILLSTON
United States District Judge